Garrick L. Gallagher/Bar No. 009980
Robin E. Burgess/Bar No. 015330
Victoria M. Vaughn/Bar No. 029798
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300

Firm Email: Minutes@SandersParks.com

Garrick L. Gallagher
  Direct Phone: 602.532.5720
  Direct Fax: 602.230.5053
  Garrick.Gallagher@sandersparks.com

Robin E. Burgess
  Direct Phone: 602.532.5783
  Direct Fax: 602.230.5048
  Robin.Burgess@SandersParks.com

Victoria M. Vaughn
  Direct Phone: 602.532.5625
  Direct Fax: 602.230.5025
  Victoria.Vaughn@sandersparks.com

*Attorneys for Defendants State of Arizona, Odie Washington, Jane Doe Washington, Management & Training Corporation, John Albanese, Jane Doe Albanese, Giovanni Gonzalez, and Jane Doe Gonzalez ("MTC Defendants")*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Keith and Tammy Early, a married couple, individually and, as to Keith Early as Personal Representative and on behalf of the estate of their deceased son Neil Raymond Early,<br><br>Plaintiff,<br><br>v.<br><br>The State of Arizona, a governmental entity; Odie Washington, Senior Vice President of Corrections and Jane Doe Washington, his | **Case No. 2:16-CV-0031-SPL (DMF)**<br><br><br><br>**STIPULATION TO EXTEND MTC DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | wife; Management & Training Corporation, a Utah Corporation; Correctional Healthcare Companies, a Colorado Corporation; Physicians Network Association, Inc., a Texas Corporation; Melissa and John Doe Johnson, husband and wife; Arshad and Jane Doe Tariq, husband and wife; Tiffany and John Doe Thompson, husband and wife; Toan Lai and John Doe Lai, husband and wife; John Albanese and Jane Doe Albanese, husband and wife; Giovani Gonzalez and Jane Doe Gonzalez, husband and wife; and John and Jane Does 1-40,<br><br>                    Defendants. |

Defendants State of Arizona, Odie Washington, Jane Doe Washington, Management & Training Corporation, John Albanese, Jane Doe Albanese, Giovanni Gonzalez, and Jane Doe Gonzalez (collectively "MTC Defendants") and Plaintiffs hereby agree and stipulate that the deadline for MTC Defendants to respond to Plaintiffs' First Amended Complaint be extended a brief two weeks to July 5, 2016.

Due to the number of parties and factual allegations made in the First Amended Complaint (Document 34), MTC Defendants are in need of additional time to gather input from numerous individuals prior to finalizing their Answer. Good cause exists for this brief two week extension, and it is not for the purpose of delay. The undersigned parties respectfully request that the Court approve this stipulation. A proposed form of Order is submitted herewith.

/ / /

/ / /

/ / /

**RESPECTFULLY SUBMITTED** this 17th day of June, 2016.

**SANDERS & PARKS, P.C.**

By  */s/* Victoria M. Vaughn
Garrick L. Gallagher
Robin E. Burgess
Victoria M. Vaughn
3030 N 3rd Street, Suite 1300
Phoenix, AZ 85012
*Attorneys for Defendants State of Arizona, Odie Washington, Jane Doe Washington, Management & Training Corporation, John Albanese, Jane Doe Albanese, Giovanni Gonzalez, and Jane Doe Gonzalez ("MTC Defendants")*

**MILLS + WOODS LAW PLLC**

By  */s/ Sean A. Woods (with permission)*
Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

- 3 -

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2016, I electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF System and sent copies to the following parties by mail:

Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

James K. Kloss
Venus Booth
LEWIS BRISBOIS BISGAARD & SMITH LLP
Phoenix Plaza Tower II
2929 N Central Ave, Suite 1700
Phoenix, AZ 85012
*Attorneys for Defendants Correctional Healthcare Companies, Inc., Correct Care Solutions, Inc., Arshad Tariq, Toan Lai, and Tiffany Thompson*

Denise Troy
Dickinson Wright
1850 N. Central Avenue, Suite 1400
Phoenix, AZ  85004
*Attorneys for Defendant Melissa Johnson*

 /s/ Karol Thurston