Garrick L. Gallagher/Bar No. 009980
Robin E. Burgess/Bar No. 015330
Victoria M. Vaughn/Bar No. 027271
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099
Direct Phone: (602) 532-5720
Direct Fax: (602) 230-5053
Garrick.Gallagher@sandersparks.com
Robin.Burgess@sandersparks.com
Victoria.Vaughn@sandesrparks.com

*Attorneys for Defendants State of Arizona, Odie Washington, Jane Doe Washington, Management & Training Corporation, John Albanese, Jane Doe Albanese, Giovanni Gonzalez, and Jane Doe Gonzalez ("MTC Defendants")*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Keith and Tammy Early, a married couple, individually and, as to Keith Early as Personal Representative and on behalf of the estate of their deceased son Neil Raymond Early; Lauren Maggi on behalf of and as Conservator of MME, a minor child

Plaintiffs,

v.

The State of Arizona, a governmental entity, Odie Washington, Senior Vice President of Corrections and Jane Doe Washington, his wife; Management and Training Corporation, a Utah Corporation; Correctional Healthcare Companies, a Colorado Corporation; Physicians Network Association, Inc., a Texas corporation; Melissa and John Doe Johnson, husband and wife; Arshad and Jane Doe Tariq, husband and wife; Tiffany and John Doe Thompson, husband and wife; Toan Lai and Jane Doe Lai, husband and wife; John

Case No. 2:16-CV-0031-SPL (DMF)

**NOTICE OF SERVICE OF MTC DEFENDANTS' RESPONSE TO PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT STATE OF ARIZONA, ODIE WASHINGTON, MANAGEMENT & TRAINING CORPORATION, JOHN ALBANESE, AND GIOVANNI GONZALEZ**

Albanese and Jane Doe Albanese, husband and wife; Giovani Gonzalez and Jane Doe Gonzalez, husband and wife; and John and Jane Does 1-40,

Defendants.

Defendants State of Arizona, Odie Washington, Jane Doe Washington, Management & Training Corporation, John Albanese, Jane Doe Albanese, Giovanni Gonzalez, and Jane Doe Gonzalez ("MTC Defendants") hereby give notice that they served their Response to Plaintiffs' First Set of Interrogatories to Defendant State of Arizona, Odie Washington, Management & Training Corporation, John Albanese, and Giovanni Gonzalez dated September 30, 2016, by e-mailing a copy to all parties on October 31, 2016.

**DATED** this 1st day of November, 2016.

**SANDERS & PARKS, P.C.**


By ___*/s/ Victoria M. Vaughn*_____
Garrick L. Gallagher
Robin E. Burgess
Victoria M. Vaughn
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
*Attorneys for Defendants State of Arizona, Odie Washington, Jane Doe Washington, Management & Training Corporation, Giovanni Gonzalez, Jane Doe Gonzales, John Albanese and Jane Doe Albanese ("MTC Defendants")*

**CERTIFICATE OF SERVICE**

1

2      I hereby certify that on November 1, 2016, I electronically transmitted the foregoing

3   document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of

4   Electronic Filing to the following ECF registrants:

5

6   Robert T. Mills
    Sean A. Woods
7   MILLS + WOODS LAW PLLC
    5055 North 12th Street, Suite 101
8   Phoenix, AZ 85014
    *Attorneys for Plaintiffs*
9

10  James K. Kloss
    Venus Booth
11  LEWIS BRISBOIS BISGAARD & SMITH LLP
    Phoenix Plaza Tower II
12  2929 N Central Ave, Suite 1700
    Phoenix, AZ 85012
13  *Attorneys for Defendants Correctional Healthcare*
14  *Companies, Inc., Physicians Network Association, Inc.,*
    *Arshad Tariq, Toan Lai, and Tiffany Thompson*
15

16  Denise Troy
17  DICKINSON WRIGHT
    1850 N. Central Avenue, Suite 1400
18  Phoenix, AZ  85004
    *Attorneys for Defendant Melissa Johnson*
19

20
     /s/ Wendy L. Echols
21

22

23

24

25

26