Robert T Mills (Arizona Bar #018853)
Sean A Woods (Arizona Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona, 85014
Telephone (480) 999-4556
docket@millsandwoods.com
*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith and Tammy Early, a married couple, individually and, as to Keith Early as Personal Representative and on behalf of the estate of their deceased son Neil Raymond Early; Lauren Maggi on behalf of and as Conservator of MME, a minor child,<br><br>          Plaintiffs,<br><br>     vs.<br><br>The State of Arizona, a governmental entity; Odie Washington, Senior Vice President of Corrections and Jane Doe Washington, his wife; Management and Training Corporation, a Utah Corporation; Correctional Healthcare Companies, a Colorado Corporation; Physicians Network Association, Inc., a Texas Corporation; Melissa and John Doe Johnson, husband and wife; Arshad and Jane Doe Tariq, husband and wife; Tiffany and John Doe Thompson, husband and wife; Toan Lai and Jane Doe Lai, husband and wife; John and Jane Doe Albanese, husband and wife; Giovanni and Jane Doe Gonzalez, husband and wife; and John and Jane Does 1-40,<br><br>          Defendants. | Case No.  2:16-cv-00031-SPL-DMF<br><br>**STIPULATED [SECOND] MOTION TO EXTEND DEADLINES**<br><br>(Assigned to the Honorable Deborah M. Fine) |

Undersigned counsel representing Plaintiffs Keith and Tammy Early, a married couple, individually and, as to Keith Early as Personal Representative and on behalf of

the estate of their deceased son Neil Raymond Early, and Lauren Maggi on behalf of and as Conservator of MME, a minor child, hereby submits this Stipulated [Second] Motion to Extend Deadlines on behalf of all the parties.

The parties hereby jointly request under Fed. R. Civ. P. 6(b) that this Court extend the time of deadlines currently set [Doc. 55]. No party will be prejudiced by this Motion.

The parties jointly request that the Court extend the deadlines as follows:

| | | |
|---|---|---|
| 1. | Deadline for Plaintiffs' Expert Disclosures | April 31, 2017 |
| 2. | Deadline for Plaintiffs to Provide Each and Every Date that Disclosed Experts are Available For Depositions. | May 15, 2017 |
| 3. | Deadline for Defendants' Expert Disclosures | June 15, 2017 |
| 4. | Deadline for Defendants to Provide Each and Every Date that Disclosed Experts are Available For Depositions | June 24, 2017 |
| 5. | Deadline for Rebuttal Expert Disclosures | July 31, 2017 |
| 6. | Deadline for Plaintiffs' Counsel to Complete All Expert Depositions | August 30, 2017 |
| 7. | Deadline for Defense Counsel to Complete All Expert Depositions | September 29, 2017 |
| 8. | Deadline to Engage in Good Faith Settlement Talks | October 27, 2017 |
| 9. | Deadline for Completion of Fact Discovery | November 15, 2017 |
| 10. | Deadline for Dispositive Motions | January 15, 2018 |

This Motion is made in good faith and not for the purpose of delay. Plaintiffs' counsel and Defendants' counsel therefore respectfully request that the Court grant this Stipulated Motion to Extend Deadlines.

**DATED** this 22nd day of November, 2016.

**MILLS + WOODS LAW PLLC**


By /s/   Sean A. Woods
　　Sean A. Woods
　　Robert T. Mills
　　5055 North 12th Street, Ste 101
　　Phoenix, Arizona 85014
　　*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November, 2016, I electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF Filing System and forwarded copies to the following parties via electronic mail:

**SANDERS & PARKS, PC**
Victoria Vaughn
Garrick L. Gallagher
3030 North 3rd Street, Ste 1300
Phoenix, Arizona 85012
*Attorneys for Defendants State of Arizona, Odie Washington, Management &Training Corporation, John Albanese, and Giovanni Gonzalez*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
James K. Kloss
Venus Booth
2929 North Central Ave, Ste 1700
Phoenix Arizona 85012
*Attorneys for Defendants Correctional Healthcare Companies, Inc., Physicians Network Association, Inc., Arshad Tariq, Toan Lai, and Tiffany Thompson*

**DICKINSON WRIGHT LLC**
Denise Troy
1850 North Central Ave, Ste 1400
Phoenix, Arizona 85004
*Attorney for Defendant Melissa Johnson*

/s/  Sean A. Woods

3