UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Early, et al.,<br><br>    Plaintiffs,<br>vs.<br><br>State of Arizona, et al.,<br><br>    Defendants. | No. CV-16-00031-PHX-SPL(DMF)<br><br>**ORDER** |

This matter is before the Court on Defendants Correctional Healthcare Companies, Inc. Physicians Network Association, Inc., Tariq, Thompson and Lai's Motion to Extend Time for Defense Expert Disclosure (Doc. 196). For good cause shown,

**IT IS HEREBY ORDERED granting** Defendants Correctional Healthcare Companies, Inc. Physicians Network Association, Inc., Tariq, Thompson and Lai's Motion to Extend Time for Defense Expert Disclosure (Doc. 196). Defendants' expert witness disclosure deadline is extended by two weeks up to and including June 29, 2018.

Dated this 19th day of June, 2018.

Honorable Deborah M. Fine
United States Magistrate Judge

4849-1425-0346.1