# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Early, et al., | No. CV-16-0031-PHX-SPL (DMF) |
| Plaintiffs, | |
| v. | **ORDER** |
| State of Arizona, et al., | |
| Defendants. | |

The Court having considered the parties' Joint Stipulated Motion to Extend Deadlines for Rebuttal Expert Disclosures (Doc. 203), and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is granted.

**IT IS FURTHER ORDERED** that the deadline for rebuttal expert disclosures is extended to July 31, 2018.

Dated this 16th day of July, 2018.

_____
Honorable Deborah M. Fine
United States Magistrate Judge