# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith and Tammy Early, et al., | No. CV-16-00031-PHX-SPL (DMF) |
| Plaintiffs, | |
| v. | **ORDER** |
| The State of Arizona, et al., | |
| Defendants. | |

The parties, through counsel, filed a Joint Stipulated [Seventh] Motion to Extend Deadlines (Doc. 205). The Court finds good cause to reset some of the deadlines in the matter, but this is the final time. The Court will not entertain another motion and/or stipulation to extend deadlines.

Accordingly,

**IT IS HEREBY ORDERED** that the deadlines set forth in the Court's Order (Doc. 183) filed on April 18, 2018 are hereby modified as follows:

**IT IS FURTHER ORDERED** that the deadline for disclosure of expert rebuttal opinion reports is extended to **August 24, 2018**.

**IT IS FURTHER ORDERED** that the deadline for completion of all lay witness and party depositions is extended to **October 26, 2018**.

**IT IS FURTHER ORDERED** that the deadline of completion of all expert witness depositions is extended to **December 21, 2018**.

1 **IT IS FURTHER ORDERED** that the deadline for completion of all fact discovery is extended to **October 26, 2018**.

**IT IS FURTHER ORDERED** that the deadline for the Parties to file dispositive motions or motions to disqualify expert witnesses is extended to **February 8, 2019.**

**IT IS FURTHER ORDERED** that these deadlines are final deadlines and no further extensions of time will be granted.

Dated this 14th day of August, 2018.

                                                    Honorable Deborah M. Fine
United States Magistrate Judge