Robert T Mills (Arizona Bar #018853)
Sean A Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
**ANGELINI MILLS WOODS + ORI LAW**
5055 North 12th Street, Suite 101
Phoenix, Arizona, 85014
Telephone (480) 999-4556
docket@amwolawaz.com
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| Early et al., | Case No. 2:16-cv-00031-SPL-DMF |
|---|---|
| Plaintiffs, | |
| vs. | **NOTICE OF SERVICE OF DISCOVERY** |
| State of Arizona, et al., | |
| Defendants. | (Assigned to the Honorable Deborah M. Fine) |

PLEASE TAKE NOTICE that on August 16, 2018, Plaintiffs served their Amended Eighth Supplemental Disclosure Statement and Ninth Supplemental Disclosure Statement on all counsel via US Mail and/or email.

**DATED** this 16th day of August 2018.

          **ANGELINI MILLS WOODS + ORI LAW**

        By */s/   Jordan C. Wolff*
         Sean A. Woods
         Robert T. Mills
         Jordan C. Wolff
         5055 North 12th Street, Ste 101
         Phoenix, Arizona 85014
         *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August 2018, I electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF Filing System to the following parties:

**SANDERS & PARKS, PC**
Victoria Vaughn
Garrick L. Gallagher
3030 North 3rd Street, Ste 1300
Phoenix, Arizona 85012
*Attorneys for Defendants State of Arizona, Odie Washington, Management &Training Corporation, John Albanese, and Giovanni Gonzalez*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Michael Smith
2929 North Central Ave, Ste 1700
Phoenix Arizona 85012
*Attorneys for Defendants Correctional Healthcare Companies, Inc., Physicians Network Association, Inc., Arshad Tariq, Toan Lai, and Tiffany Thompson*

**DICKINSON WRIGHT LLC**
Denise Troy
1850 North Central Ave, Ste 1400
Phoenix, Arizona 85004
*Attorney for Defendant Melissa Johnson*

/s/  Jordan C. Wolff