# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Early, et al., | No. CV-16-0031-PHX-SPL (DMF) |
| Plaintiffs, | |
| v. | **ORDER** |
| State of Arizona, et al., | |
| Defendants. | |

On July 10, 2018, the Court directed that the parties file a stipulation for dismissal, or a status report regarding the procedural progress of finalizing the settlement by August 7, 2018 (Doc. 201). To date, the parties have not submitted a Stipulation for Dismissal or a joint status report regarding this matter. Accordingly,

**IT IS ORDERED** that if there is no Stipulation for Dismissal filed before thirty days from the date of this Order, the parties shall file an additional status report regarding the procedural progress of finalizing the settlement.

Dated this 21st day of August, 2018.

_____
Honorable Deborah M. Fine
United States Magistrate Judge