1   Robert T. Mills (Arizona Bar #018853)
    Sean A. Woods (Arizona Bar #028930)
2   Jordan C. Wolff (Arizona Bar #034110)
    **MILLS + WOODS LAW, PLLC**
3   5055 North 12th Street, Suite 101
    Phoenix, Arizona, 85014
4   Telephone (480) 999-4556
    docket@millsandwoods.com
5   *Attorneys for Plaintiffs*

6

7                **IN THE UNITED STATES DISTRICT COURT**

8              **IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Keith and Tammy Early, a married couple, individually and, as to Keith Early as Personal Representative and on behalf of the estate of their deceased son Neil Raymond Early; Lauren Maggi on behalf of and as Conservator of MME, a minor child, Plaintiffs, | Case No.  2:16-cv-00031-SPL-DMF |
| vs. | **PLAINTIFFS' NOTICE OF VIDEOTAPED DEPOSITION OF TIFFANY THOMPSON** |
| The State of Arizona, a governmental entity; Odie Washington, Senior Vice President of Corrections and Jane Doe Washington, his wife; Management and Training Corporation, a Utah Corporation; Correctional Healthcare Companies, a Colorado Corporation; Physicians Network Association, Inc., a Texas Corporation; Melissa and John Doe Johnson, husband and wife; Arshad and Jane Doe Tariq, husband and wife; Tiffany and John Doe Thompson, husband and wife; Toan Lai and Jane Doe Lai, husband and wife; John and Jane Doe Albanese, husband and wife; Giovanni and Jane Doe Gonzalez, husband and wife; and John and Jane Does 1-40, Defendants. | (Assigned to the Honorable Deborah M. Fine) |

PLEASE TAKE NOTICE that, pursuant to Rule 30, Federal Rules of Civil Procedure, testimony will be taken upon oral examination of the person whose name, or general description sufficient to identify the person, and address are stated below, at the time and place stated below, before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:**      Tiffany Thompson

**DATE OF DEPOSITION**:      October 1, 2018

**TIME OF DEPOSITION**:      10:00 a.m.

**PLACE OF DEPOSITION**:      Mills + Woods Law, PLLC
5055 North 12th Street
Suite 101
Phoenix, Arizona 85014

**COURT REPORTER**:      Coash & Coash

**METHOD OF RECORDING**:      Video Recorded with a Court Reporter

**VIDEO RECORDER:**      Coash & Coash

**PLACEMENT OF CAMERAS:**      At the end of the table directly facing Deponent.

RESPECTFULLY SUBMITTED this 19th day of September 2018.

MILLS + WOODS LAW, PLLC

By___/s/Sean A. Woods_____
Robert T. Mills
Sean A. Woods
Jordan C. Wolff
5055 North 12th Street, Suite 101
Phoenix, AZ  85014
*Attorneys for Plaintiffs*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

**SANDERS & PARKS, PC**
Victoria M. Vaughn
Garrick L. Gallagher
3030 North 3rd Street, Ste 1300
Phoenix, Arizona 85012
*Attorneys for Defendants State of Arizona, Odie*
*Washington, Management &Training Corporation, John Albanese,*
*and Giovanni Gonzalez*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
James K. Kloss
Venus Booth
2929 North Central Ave, Ste 1700
Phoenix Arizona 85012
*Attorneys for Defendants Correctional Healthcare*
*Companies, Inc., Physicians Network Association, Inc., Arshad*
*Tariq, Toan Lai, and Tiffany Thompson*

**DICKINSON WRIGHT LLC**
Denise Troy
1850 North Central Ave, Ste 1400
Phoenix, Arizona 85004
*Attorney for Defendant Melissa Johnson*

*/s/  Sean A. Woods*