1   Robert T. Mills (Arizona Bar #018853)
    Sean A. Woods (Arizona Bar #028930)
2   Jordan C. Wolff (Arizona Bar #034110)
    **MILLS + WOODS LAW, PLLC**
3   5055 North 12th Street, Suite 101
    Phoenix, Arizona, 85014
4   Telephone (480) 999-4556
    docket@millsandwoods.com
5   *Attorneys for Plaintiffs*

6

7                   **IN THE UNITED STATES DISTRICT COURT**

                    **IN AND FOR THE DISTRICT OF ARIZONA**

8   Keith and Tammy Early, a married couple,      Case No.  2:16-cv-00031-SPL-DMF
    individually and, as to Keith Early as
9   Personal Representative and on behalf of
    the estate of their deceased son Neil
10  Raymond Early; Lauren Maggi on behalf of
    and as Conservator of MME, a minor child,
11                                                 **PLAINTIFFS' NOTICE OF**
                        Plaintiffs,                **VIDEOTAPED DEPOSITION OF**
12                                                 **TOAN LAI**

13                  vs.                            (Assigned to the Honorable Deborah M.
                                                   Fine)
14  The State of Arizona, a governmental
    entity; Odie Washington, Senior Vice
15  President of Corrections and Jane Doe
    Washington, his wife; Management and
16  Training Corporation, a Utah Corporation;
    Correctional Healthcare Companies, a
17  Colorado Corporation; Physicians Network
    Association, Inc., a Texas Corporation;
18  Melissa and John Doe Johnson, husband
    and wife; Arshad and Jane Doe Tariq,
19  husband and wife; Tiffany and John Doe
    Thompson, husband and wife; Toan Lai and
20  Jane Doe Lai, husband and wife; John and
    Jane Doe Albanese, husband and wife;
21  Giovanni and Jane Doe Gonzalez, husband
    and wife; and John and Jane Does 1-40,
22
23                  Defendants.
24
25

1

2    PLEASE TAKE NOTICE that, pursuant to Rule 30, Federal Rules of Civil Procedure,

3  testimony will be taken upon oral examination of the person whose name, or general

4  description sufficient to identify the person, and address are stated below, at the time and place

5  stated below, before an officer authorized by law to administer oaths.

6

| | |
|---|---|
| **PERSON TO BE EXAMINED:** | Toan Lai |
| **DATE OF DEPOSITION**: | September 28, 2018 |
| **TIME OF DEPOSITION**: | 10:00 a.m. |
| **PLACE OF DEPOSITION**: | Mills + Woods Law, PLLC<br>5055 North 12th Street<br>Suite 101<br>Phoenix, Arizona 85014 |
| **COURT REPORTER**: | Coash & Coash |
| **METHOD OF RECORDING**: | Video Recorded with a Court Reporter |
| **VIDEO RECORDER:** | Coash & Coash |
| **PLACEMENT OF CAMERAS:** | At the end of the table directly facing Deponent. |

7

8

9

10

11

12

13

14

15

16

17

18        RESPECTFULLY SUBMITTED this 19th day of September 2018.

19                                             MILLS + WOODS LAW, PLLC

20                                             By____/s/Sean A. Woods_____
                                                 Robert T. Mills
21                                             Sean A. Woods
                                                 Jordan C. Wolff
22                                             5055 North 12th Street, Suite 101
                                                 Phoenix, AZ  85014
23                                             *Attorneys for Plaintiffs*

24

25

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

**SANDERS & PARKS, PC**
Victoria M. Vaughn
Garrick L. Gallagher
3030 North 3rd Street, Ste 1300
Phoenix, Arizona 85012
*Attorneys for Defendants State of Arizona, Odie Washington, Management &Training Corporation, John Albanese, and Giovanni Gonzalez*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
James K. Kloss
Venus Booth
2929 North Central Ave, Ste 1700
Phoenix Arizona 85012
*Attorneys for Defendants Correctional Healthcare Companies, Inc., Physicians Network Association, Inc., Arshad Tariq, Toan Lai, and Tiffany Thompson*

**DICKINSON WRIGHT LLC**
Denise Troy
1850 North Central Ave, Ste 1400
Phoenix, Arizona 85004
*Attorney for Defendant Melissa Johnson*

*/s/  Jordan C. Wolff*