Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar#034110)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona, 85014
Telephone 480.999.4556
docket@millsandwoods.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith and Tammy Early, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>The State of Arizona, et al,<br><br>Defendants. | Case No. 2:16-cv-00031-SPL-DMF<br><br>**JOINT STATUS REPORT REGARDING THE PROCEDURAL PROGRESS OF FINALIZING THE SETTLEMENT**<br><br>(Assigned to the Hon. Deborah M. Fine) |

Plaintiffs and Defendants State of Arizona, Management & Training Corporation, Odie Washington, Jane Doe Washington, John Albanese, Jane Doe Albanese, Giovanni Gonzalez, and Jane Doe Gonzalez (the "MTC Defendants"), by and through undersigned counsel, pursuant to this Court's order, (Doc. 208), hereby submit their Joint Status Report Regarding the Procedural Progress of Finalizing the Settlement.

The settlement agreement has been signed by the parties and the Maricopa Superior Probate Court has approved the settlement, PB2016-000488. Plaintiffs are currently awaiting disbursement of proceeds from the MTC Defendants.

**RESPECTFULLY SUBMITTED** this 20th day of September 2018.

**MILLS + WOODS LAW, PLLC**

By */s/   Sean A. Woods*
    Sean A. Woods
    Robert T. Mills
    Jordan C. Wolff
    5055 North 12th Street, Ste 101
    Phoenix, Arizona 85014
    *Attorneys for Plaintiffs*

**SANDERS & PARKS, P.C.**

By */s/  Victoria M. Dunne (with permission)*
    Garrick L. Gallagher
    Robin E. Burgess
    Victoria M. Dunne
    3030 North Third Street, Suite 1300
    Phoenix, AZ 85012-3099
    *Attorneys for MTC Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September 2018, I electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF Filing System and forwarded copies to the following parties via electronic mail:

**SANDERS & PARKS, PC**
Victoria Dunne
Garrick L. Gallagher
3030 North 3rd Street, Ste 1300
Phoenix, Arizona 85012
*Attorneys for Defendants State of Arizona, Odie Washington, Management &Training Corporation, John Albanese, and Giovanni Gonzalez*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Michael Smith
Bruce Smith
2929 North Central Ave, Ste 1700
Phoenix Arizona 85012
*Attorneys for Defendants Correctional Healthcare Companies, Inc., Physicians Network Association, Inc., Arshad Tariq, Toan Lai, and Tiffany Thompson*

**DICKINSON WRIGHT LLC**
Denise Troy
1850 North Central Ave, Ste 1400
Phoenix, Arizona 85004
*Attorney for Defendant Melissa Johnson*

*/s/ Jordan C. Wolff*