IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Early, et al., | No. CV-16-0031-PHX-SPL (DMF) |
| Plaintiffs, | |
| v. | **ORDER** |
| State of Arizona, et al., | |
| Defendants. | |

Having reviewed Defendants' Unopposed Motion to Extend Time to Respond to Plaintiffs' Motion for Attorneys Fees and Costs (Doc. 216), and good cause appearing,

**IT IS HEREBY ORDERED** granting Defendants' Unopposed Motion to Extend Time to Respond to Plaintiffs' Attorneys Motion for Fees and Costs (Doc. 216). Defendants' response to Plaintiff's Motion for Attorneys Fees and Costs is due no later than October 1, 2018.

Dated this 27th day of September, 2018.

_____
Honorable Deborah M. Fine
United States Magistrate Judge