Kevin C. Nicholas, State Bar No. 015940
Kevin.Nicholas@lewisbrisbois.com
Michael B. Smith, State Bar No. 014052
Michael.Smith@lewisbrisbois.com
Bruce C. Smith, State Bar No. 011721
Bruce.Smith@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Attorneys for Defendants Correctional Healthcare Companies, Inc.
Physicians Network Association, Inc.,
Arshad Tariq, Tiffany Thompson and Toan Lai

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Keith and Tammy Early, a married couple, individually and as to Keith Early as Personal Representative and on behalf of the estate of their deceased son Neil Raymond Early, Lauren Maggi on behalf of and as Conservator of MME, a minor child,<br><br>     Plaintiffs,<br><br>vs.<br><br>The State of Arizona, a governmental entity; *et al.,*<br><br>     Defendants. | No. 2:16-cv-00031-SPL<br><br>**NOTICE OF DEPOSITION OF PLAINTIFF LAUREN MAGGI** |

YOU ARE HEREBY NOTIFIED that, pursuant to Rules 26 and 30, Federal Rules of Civil Procedure, the deposition will be taken upon oral examination of the person whose name and address is stated below, at the time and place stated below, before an officer authorized by law to administer oaths.

PERSON TO BE EXAMINED:        Lauren Maggi

DATE AND TIME OF DEPOSITION:   Thursday, October 25, 2018
                                1:00 P.M.

4817-4831-8840.1

| | |
|---|---|
| PLACE OF DEPOSITION: | Lewis Brisbois Bisgaard & Smith<br>2929 North Central Avenue, Suite 1700<br>Phoenix, Arizona  85012 |

RESPECTFULLY SUBMITTED this 17th day of October, 2018.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

By  Michael B. Smith
Kevin C. Nicholas
Michael B. Smith
Attorneys for Defendants Correctional Healthcare Companies, Inc., Physicians Network Association, Inc., Tariq, Thompson and Lai

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of October, 2018, I electronically transmitted the foregoing **Notice of Deposition** to the Clerk's office using the Court's CM/ECF System and thereby served all counsel of record in this matter.

/s/ Kathleen Biondolillo
32951-24