1

Denise H. Troy (#012915)
dtroy@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax:    (602) 285-5100
*Attorneys for Defendants Johnson*

2

3

4

5

6

7

8        **UNITED STATES DISTRICT COURT**

9        **DISTRICT OF ARIZONA**

10

| Keith and Tammy Early, *et al.* | No. 2:16-CV-00031-SPL (DMF) |
|---|---|
| Plaintiffs, | |
| v. | **Johnsons' Joinder in the CHC Defendants' Motion to Strike/Preclude Plaintiffs' Damages Expert Dr. Barbara Luna from Testify at Trial Due to Untimely Disclosure (Doc. # 236)** |
| The State of Arizona, *et al.*, | |
| Defendants. | |

11

12

13

14

15

16       Defendants Melissa and Brian Johnson ("Johnson"), hereby join in the CHC

17  Defendants' Motion to Strike/Preclude Plaintiffs' Damages Expert Dr. Barbara Luna from

18  Testify at Trial Due to Untimely Disclosure (Doc. # 236).  For the reasons stated in the CHC

19  motion, Dr. Luna's should be precluded from testifying because none of the Defendants,

20  including counsel undersigned, received her expert report until August 20, 2018, long past the

21  disclosure deadline, and past the rebuttal deadline.

22       **Respectfully submitted on February 8, 2019.**

23                                    **DICKINSON WRIGHT PLLC**

24

25                                    By: s/ Denise H. Troy
                                          Denise H. Troy
26                                        *Attorneys for Defendants Johnson*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that on **February 8, 2019**, I electronically transmitted the foregoing document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/      Denise H. Troy

PHOENIX 58386-3 529642v1

-3-