Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Keith and Tammy Early, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>The State of Arizona, et al,<br><br>Defendants. | Case No.: 2:16-cv-00031-SPL (DMF)<br><br>**PLAINTIFFS' RESPONSE TO THE COURT'S REQUEST FOR CLARIFICATION**<br><br>(Assigned to the Honorable Deborah M. Fine) |

Plaintiffs, by and through undersigned counsel, hereby submit their Response to the Court's Request for Clarification Regarding their Extension of Deadlines. (Doc. 246).

Pursuant to LRCiv 7.3(b), this response includes the positions of all other parties to Plaintiffs' Motion to Extend Deadline for Depositions. (Doc. 245).

On February 20, 2019, after receiving this Court's Order for Plaintiffs to file a clarification to their motion for extension of time, (Doc. 246), Plaintiffs' counsel emailed Defendants' counsel stating:

> Michael / Denise -
>
> I need to clarify for Judge Fine your respective positions on our motion for extension of time. I've attached her order here. Please let me know so that I may file a clarification notice with the Court.

*See* Email attached hereto as Ex. A.

That same day, Defendant Johnson's counsel responded to the email stating that "***I do not oppose*** the motion." *See* Ex. A (emphasis added). Later that day, CHC Defendants' counsel informed Plaintiffs' counsel that "CHC Defendants do oppose the motion." *Id.* (emphasis in original).

Then on February 21, 2019, after initially stating the she did not oppose the motion, Defendant Johnson's counsel emailed Plaintiffs' counsel stating, "I misspoke yesterday. I will be opposing the motion to extend." *Id.*

In summary, both CHC Defendants and Defendant Johnson appear to oppose Plaintiffs' Motion to Extend Deadline for Depositions.

**RESPECTFULLY SUBMITTED** this 26th day of February 2019.

**MILLS + WOODS LAW, PLLC**

By   /s/ Sean A. Woods
       Robert T. Mills
       Sean A. Woods
       Jordan C. Wolff
       5055 North 12th Street, Suite 101
       Phoenix, AZ 85014
       *Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Kevin C. Nicholas
Michael B. Smith
Bruce C. Smith
2929 North Central Ave, Ste 1700
Phoenix Arizona 85012
*Attorneys for Defendants Correctional Healthcare Companies, Inc., Physicians Network Association, Inc., Arshad Tariq, Toan Lai, and Tiffany Thompson*

**DICKINSON WRIGHT LLC**
Denise Troy
1850 North Central Ave, Ste 1400
Phoenix, Arizona 85004
*Attorney for Defendant Melissa Johnson*

/s/     Jordan C. Wolff

3