# EXHIBIT A

**Sean Woods** <swoods@millsandwoods.com>   Wed, Feb 20, 2019 at 12:28 PM
To: Jordan Wolff <jwolff@millsandwoods.com>, Liz Small <esmall@millsandwoods.com>, "Smith, Michael B. {PHX}" <Michael.Smith@lewisbrisbois.com>, "Denise H. Troy" <DTroy@dickinson-wright.com>

Michael / Denise -

I need to clarify for Judge Fine your respective positions on our motion for extension of time.

I've attached her order here.

Please let me know so that I may file a clarification notice with the Court.

Thanks,

--
**SEAN WOODS**
PARTNER
MILLS + WOODS LAW PLLC
5055 N. 12th St.
Suite 101
Phoenix, Arizona 85014
d: 480.999.4557
f: 480.999.4750
swoods@millsandwoods.com


This electronic mail contains information from the MILLS + WOODS Law Firm that may be confidential and privileged. The information is solely for the intended recipient. If you are not the intended recipient, you are advised that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. If you have received this message in error, please notify the sender immediately by telephone at 480.999.4557 or by electronic mail swoods@millsandwoods.com.

📎 **show_temp (1).pdf**
97K

---

**Denise H. Troy** <DTroy@dickinson-wright.com>   Wed, Feb 20, 2019 at 1:10 PM
To: Sean Woods <swoods@millsandwoods.com>, Jordan Wolff <jwolff@millsandwoods.com>, Liz Small <esmall@millsandwoods.com>, "Smith, Michael B. {PHX}" <Michael.Smith@lewisbrisbois.com>

I do not oppose the motion.

[Quoted text hidden]

**Denise H. Troy** Member

| | | |
|---|---|---|
| 1850 N. Central Avenue<br>Suite 1400<br>Phoenix AZ 85004<br> | Phone<br>Mobile<br>Fax<br>Email | 602-285-5097<br>602-300-2948<br>844-670-6009<br>DTroy@dickinsonwright.com |

**DICKINSON WRIGHT** PLLC
ARIZONA  CALIFORNIA  FLORIDA  KENTUCKY  MICHIGAN  NEVADA  OHIO
TENNESSEE  TEXAS  WASHINGTON D.C.  TORONTO

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

---

**Smith, Michael B. {PHX)** <Michael.Smith@lewisbrisbois.com>   Wed, Feb 20, 2019 at 4:58 PM
To: Sean Woods <swoods@millsandwoods.com>, Jordan Wolff <jwolff@millsandwoods.com>, Liz Small <esmall@millsandwoods.com>, "Denise H. Troy" <DTroy@dickinson-wright.com>

CHC Defendants <u>do</u> oppose the motion.



**Michael B. Smith**
Partner
Michael.Smith@lewisbrisbois.com

**T: 520.399.6985  F: 602.385.1051**

Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700, Phoenix, AZ 85012  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Sean Woods [mailto:swoods@millsandwoods.com]
**Sent:** Wednesday, February 20, 2019 12:28 PM
**To:** Jordan Wolff; Liz Small; Smith, Michael B. {PHX); Denise H. Troy
**Subject:** [EXT] Do you oppose our motion?

External Email
[Quoted text hidden]

---

**Denise H. Troy** <DTroy@dickinson-wright.com>   Thu, Feb 21, 2019 at 2:56 PM
To: Sean Woods <swoods@millsandwoods.com>, Jordan Wolff <jwolff@millsandwoods.com>, Liz Small <esmall@millsandwoods.com>, "Smith, Michael B. {PHX)" <Michael.Smith@lewisbrisbois.com>

Sean

I misspoke yesterday.  I will be opposing the motion to extend.

**Denise H. Troy** Member

1850 N. Central Avenue    Phone  602-285-5097
Suite 1400                Mobile 602-300-2948
Phoenix AZ 85004          Fax    844-670-6009
Profile   V-Card          Email  DTroy@dickinsonwright.com

DICKINSON WRIGHT PLLC

ARIZONA  CALIFORNIA  FLORIDA  KENTUCKY  MICHIGAN  NEVADA  OHIO
TENNESSEE  TEXAS  WASHINGTON D.C.  TORONTO