IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Early, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> State of Arizona, et al., <br><br> Defendants. | No. CV-16-00031-PHX-SPL <br><br> **ORDER** |

On the Court's own motion,

**IT IS HEREBY ORDERED** that the Motion to Preclude Damages Expert (Doc. 236) is referred to United States Magistrate Judge Deborah M. Fine for the preparation of a Report and Recommendation.

Dated this 15th day of March, 2019.

Honorable Steven P. Logan
United States District Judge