IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Early, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>State of Arizona, et al.,<br><br>          Defendants. | No.  CV-16-00031-PHX-SPL (DMF)<br><br>**ORDER** |

      Plaintiffs Keith and Tammy Early and Lauren Maggi, Conservator for minor child MME, brought this civil rights action through counsel pursuant to 42 U.S.C. § 1983 and Arizona law.

      The Honorable Deborah M. Fine, United States Magistrate Judge, issued a Report and Recommendation ("R&R") (Doc. 258), recommending that the Court grant Defendants' motion to preclude Plaintiffs' damages expert, Dr. Luna, from testifying at trial due to untimely disclosure (Docs. 236, 237).  Judge Fine further advised the parties that they had fourteen (14) days to file objections to the R&R and that failure to do so could be considered a waiver of the right to obtain review of the R&R (Doc. 165) (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

      The parties did not file objections, which relieves this Court of its obligation to review the R&R.  *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is

not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will thus adopt the R&R and will grant Defendants' Motion to Preclude (Docs. 236, 237). Accordingly,

**IT IS ORDERED** that Magistrate Judge Deborah M. Fine's Report and Recommendation (Doc. 258) is **accepted** and **adopted** by the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion to Preclude (Docs. 236, 237) is **granted**.

Dated this 8th day of April, 2019.

Honorable Steven P. Logan
United States District Judge