Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| Keith and Tammy Early, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>The State of Arizona, et al,<br><br>Defendants. | Case No.: 2:16-cv-00031-SPL (DMF)<br><br>**JOINT STIPULATED MOTION TO EXTEND THE DISMISSAL DATE**<br><br>(Assigned to the Honorable Steven P. Logan) |
|---|---|

Plaintiffs and Defendants, by and through undersigned counsel, submit this Joint Stipulated Motion to Extend the Dismissal Date.

On May 1, 2019, this Court issued an Order, which stated "… that this case will be *dismissed with prejudice* on July 9, 2019 unless a stipulation to dismiss or request for reinstatement on the Court's trial calendar is filed prior to the dismissal date." (Doc. 272) (emphasis in original).

Heretofore, Defendants Tiffany Thompson, Toan Lai, Tariq Aziz and Melissa Johnson were voluntarily dismissed from this litigation with prejudice. The remaining parties have agreed to settle the remaining claims in this matter; however, one of the plaintiffs is a minor and probate is required to approve to the settlement. As of July 9, 2019, the final details have not been completed and probate filings have not been made. The Plaintiffs believe that the details of the final settlement agreement will be complete in the next seven (7) days and that the probate court filings will then be made. Therefore, the Plaintiffs and Defendants Correctional Healthcare Companies, Inc. and Physician's

Network Association, Inc., by and through their undersigned counsel, hereby request that the Court maintain this matter on its inactive calendar for an additional sixty (60) days to either submit a stipulation to dismiss this matter in its entirety as to all remaining claims and Defendants, request for additional time for submission of a stipulation to dismiss this matter in its entirety, or request for reinstatement on the Court's trial calendar in the unlikely event the Arizona probate court rejects the settlement arrived at between the parties.

**RESPECTFULLY SUBMITTED** this 9th day of July 2019.

**MILLS + WOODS LAW, PLLC**

By /s/ Sean A. Woods
Robert T. Mills
Sean A. Woods
Jordan C. Wolff
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By /s/ Michael B. Smith (*with permission*)
Kevin C. Nicholas
Michael B. Smith
Bruce C. Smith
2929 North Central Ave, Ste 1700
Phoenix Arizona 85012
*Attorneys for Defendants Correctional Healthcare Companies, Inc. and Physicians Network Association, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Kevin C. Nicholas
Michael B. Smith
Bruce C. Smith
2929 North Central Ave, Ste 1700
Phoenix Arizona 85012
*Attorneys for Defendants Correctional Healthcare Companies, Inc., Physicians Network Association, Inc.,*


/s/     Jordan C. Wolff