1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Keith Early, et al., | ) | No.  CV-16-00031-PHX-SPL |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| State of Arizona, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is the parties' Stipulation to Extend Dismissal Date (Doc. 273). Finding good cause appearing,

**IT IS ORDERED** that the Stipulation to Extend (Doc. 273) is **granted**.

**IT IS FURTHER ORDERED IT IS ORDERED** that this case will be dismissed *with prejudice* on **September 9, 2019** unless a stipulation to dismiss is filed prior to the dismissal date.

Dated this 9th day of July, 2019.

Honorable Steven P. Logan
United States District Judge