IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Early, et al.,<br><br>    Plaintiffs,<br>vs.<br><br>State of Arizona, et al.,<br><br>    Defendants. | No. CV-16-00031-PHX-SPL (DMF)<br><br>**ORDER** |

  Before the Court is the parties' Stipulation to Extend Dismissal Date (Doc. 275). Finding good cause appearing,

  **IT IS ORDERED** that the Stipulation to Extend (Doc. 275) is **granted**.

  **IT IS FURTHER ORDERED** that this case will be dismissed *with prejudice* on **November 8, 2019** unless a stipulation to dismiss is filed prior to the dismissal date.

  Dated this 9th day of September, 2019.

                    /s/ Steven P. Logan
                    Honorable Steven P. Logan
                    United States District Judge